IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,               No. 2:08-cv-3179 FCD JFM PS

    vs.

MIDAS INTERNATIONAL CORPORATIONS, et al.,    ORDER

    Defendants.

/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On February 12, 2009 defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). On March 27, 2009, this court issued findings and recommendations recommending that this action be dismissed for lack of subject matter jurisdiction. On April 14, 2009, plaintiff filed objections and filed a motion to amend the complaint, accompanied by a proposed amended complaint.

        Good cause appearing, defendants will be directed to file an opposition to the motion to amend within twenty days from the date of this order. Plaintiff shall have ten court days to file a reply. At that time, the court will issue a ruling on the papers.

1

1  Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order, defendants shall file an opposition to plaintiff's motion to amend. Plaintiff's reply, if any, shall be filed ten days thereafter.

DATED: April 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

001; banga.opp