IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,               No. 2:08-cv-3179 FCD JFM PS

    vs.

MIDAS INTERNATIONAL CORPORATIONS, et al.,      ORDER

    Defendants.

                             /

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On February 12, 2009 defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). On March 27, 2009, this court issued findings and recommendations recommending that this action be dismissed for lack of subject matter jurisdiction. On April 14, 2009, plaintiff filed objections and filed a motion to amend the complaint, accompanied by a proposed amended complaint. On May 7, 2009, defendant Midas International Corporation filed a statement of non-opposition to plaintiff's motion to amend.

        Good cause appearing, the findings and recommendations will be vacated; the motion to dismiss will be granted and plaintiff will be permitted to file the proposed amended

complaint lodged on April 14, 2009. Within twenty days from the date of this order, defendant shall file a responsive pleading. The May 28, 2009 hearing on plaintiff's motion to amend will be vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 27, 2009 findings and recommendations are vacated;

2. The February 12, 2009 motion to dismiss is granted;

3. Plaintiff's April 14, 2009 motion to amend is granted; the Clerk of the Court is directed to re-file plaintiff's April 14, 2009 proposed amended complaint (#14) as the first amended complaint with a new docket number;

4. The hearing set for May 28, 2009 is vacated; and

5. Within twenty days from the date of this order, defendant Midas International Corporation shall file a responsive pleading.

DATED: May 25, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

001; banga.mta