UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                      **JUDGMENT IN A CIVIL CASE**

**KAMLESH BANGA,**

                                        CASE NO: **2:08–CV–03179–FCD–JFM**

v.

**MIDAS INTERNATIONAL CORPORATIONS, ET AL.,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/14/2009**

                                              **Victoria C. Minor**
                                              Clerk of Court

    ENTERED: **September 14, 2009**

                                  by: /s/ L. Reader
                                            Deputy Clerk